UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON JUSTIN FULK,

               Plaintiff,

   v.

JOHN DOE, et al.,

               Defendants.

Case No. 2:24-cv-01964-TMC-TLF

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND RE-NOTING PLAINTIFF'S IFP APPLICATION TO MARCH 12, 2025

This matter comes before the Court on Plaintiff's letter to the Court dated January 8, 2025. Dkt. 8. Plaintiff is proceeding *pro se* and his application to proceed *in forma pauperis* is still pending. Dkt. 1. The Court, on December 20, 2024, issued an order asking Plaintiff to either show cause why his complaint and this action should not be dismissed for failure to identify a viable defendant and for failure to state a claim. Dkt. 4.

Plaintiff was also given a different option: filing a proposed amended complaint addressing the problems identified by the Court. *Id.* Until Plaintiff files either: (1) a response to the Court's order to show cause or (2) a proposed amended complaint, the Court will not serve Plaintiff's complaint.

Plaintiff claims in his letter that he is still waiting to receive supplies, including a legal handbook, from the jail. Plaintiff also gives additional facts regarding who was involved in the events alleged in his complaint, but he states he is still gathering more

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME AND RE-NOTING PLAINTIFF'S
IFP APPLICATION TO MARCH 12, 2025 - 1

information. If Plaintiff chooses to file a proposed amended complaint, the amended complaint must be legibly written or retyped in its entirety and contain the same case number.

The Court interprets Plaintiff's letter as a motion for extension of time to address the Court's order to show cause. Because Plaintiff is not represented by an attorney and he is attempting to respond to the Court's order, the Court GRANTS Plaintiff's request for an extension of time until **March 12, 2025.**

The Court requests that the Clerk send Plaintiff a copy of this Order at Western State Hospital and re-note Plaintiff's IFP motion to March 12, 2025.

Dated this 13th day of February, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME AND RE-NOTING PLAINTIFF'S
IFP APPLICATION TO MARCH 12, 2025 - 2