UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON JUSTIN FULK,<br><br>               Plaintiff,<br><br>    v.<br><br>LEAH MUCHANGI,<br><br>               Defendant. | Case No. 2:24-cv-01964-TMC-TLF<br><br>ORDER |

      Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

      (1)    The Court ADOPTS the Report and Recommendation ("R&R"). The Court has reviewed Mr. Fulk's declaration, Dkt. 24, and construed it liberally as an objection to the R&R. Applying de novo review, the Court agrees with Judge Fricke that the time for Defendant's answer had not yet elapsed and therefore, the motion for entry of default should be denied.

      (2)    Plaintiff's motion for default is DENIED. Dkt. 18.

ORDER - 1

Dated this 11th day of July, 2025.

                                                Tiffany M. Cartwright
                                                United States District Judge

ORDER - 2