UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON JUSTIN FULK,

                Plaintiff,

v.

LEAH MUCHANGI,

                Defendant.

Case No. 2:24-cv-01964-TMC-TLF

ORDER FOR JOINT STATUS REPORT

On August 12, 2025, the Court entered an Order appointing attorneys Jesse Flickinger and Callie A. Castillo as counsel for plaintiff Aaron Justin Fulk. Dkt. 29. Counsel entered their notice of appearance on August 15, 2025 .Dkt. 30.

All counsel are directed to confer and provide the Court with a combined Joint Status Report and Discovery Plan by **September 26, 2025**.

The Joint Status Report must contain the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of the case.
2. Whether the parties unanimously consent to the jurisdiction of United States Magistrate Judge Theresa Fricke. See General Order 05-25 Modifying General Order 12-24, paragraph 5 (which provides in part, "a District Judge may, in his or her discretion, transfer a case at any time to a Magistrate Judge pursuant to the consent of all parties.")

ORDER FOR JOINT STATUS REPORT - 1

3. A proposed deadline for the joining of new parties.

4. A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items set forth in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

   A. initial disclosures;

   B. subjects, timing, and a recommendation about whether there is a reason to schedule discovery in phases;

   C. electronically stored information (the Court strongly encourages the use of the Model Agreement re: Discovery of ESI, available on the Court's website: Court Forms | Western District of Washington | United States District Court);

   D. privilege issues;

   E. proposed limitations on discovery; and

   F. the need for any discovery related orders (if the parties anticipate there will be confidential information that may be subject to privacy laws or may be appropriate for limitations on distribution, or may be appropriate for sealing, etc., the Court strongly encourages the use of the Court's Model Stipulated Protective Order, available on the Court's website: Court Forms | Western District of Washington | United States District Court).

5. The parties' views, proposals, and agreements, by corresponding paragraph letters (A, B, etc.), on all items set forth in LCR 26(f)(1), which includes the following topics:

   A. prompt case resolution;

ORDER FOR JOINT STATUS REPORT - 2

    B. alternative dispute resolution;

    C. related cases;

    D. discovery management;

    E. anticipated discovery sought;

    F. phasing motions;

    G. preservation of discoverable information;

    H. privilege issues;

    I. Model Protocol for Discovery of ESI, and;

    J. alternatives to Model Protocol.

6. The date by which discovery can be completed.

7. Whether any party wishes a pretrial Fed. R. Civ. P. 16 conference with the judge before the entry of any order under Rule 16 or setting of a schedule for this case. If yes, indicate whether a party wishes an in-person or telephonic conference.

Pending the outcome of any dispositive motions, a trial date may be set by the Honorable Tiffany M. Cartwright. If the parties cannot agree on any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed. Plaintiff's counsel will be responsible for starting the communications needed to comply with this Order.

Dated this 9th day of September, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge